JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-9)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-9 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CONNECTICUT** | | |
| CT  3  04-1963 | Louise C. Wilson, et al. v. Pfizer, Inc., et al. | |
| **KANSAS** | | |
| KS  5  05-4012 | Brenda Cunningham, etc. v. Pfizer Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  04-722 | Keith Coleman v. Pfizer, Inc. | |
| MSS  3  04-723 | Deborah K. Fish v. Pfizer, Inc. | |
| **OREGON** | | |
| ~~OR  3  05-604~~ | ~~Teresa E. Teater v. Pfizer, Inc., et al.~~ | Opposed 6/28/05 |
| **TEXAS NORTHERN** | | |
| TXN  3  05-1013 | Steven Alexander v. Pfizer, Inc., et al. | |

AGN, CJRA-C

# U.S. District Court
## Southern District of Mississippi (Jackson)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00723-TSL-AGN

Fish v. Pfizer, Inc., et al  
Assigned to: District Judge Tom S. Lee  
Referred to: Magistrate Judge Alfred G. Nicols  
Demand: $0  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 08/31/2004  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Deborah K. Fish**     represented by **Christopher H. Neyland**  
NEYLAND & BREWER, PLLC  
P. O. Box 3373  
Ridgeland, MS 39158  
601/605-0724  
Email: neyland@neylandandbrewer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Pfizer, Inc.**     represented by **Walter T. Johnson**  
WATKINS & EAGER  
P. O. Box 650  
Jackson, MS 39205-0650  
(601) 948-6470  
Email: wjohnson@watkinseager.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**John Does**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 00568 ; Notice of Assignment mailed. (thr) (Entered: 09/02/2004) |
| 08/31/2004 |   | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. |

|  |  |  |
|---|---|---|
|  |  | (thr) (Entered: 09/02/2004) |
| 08/31/2004 |  | Magistrate Judge Assignment Alfred G. Nicols (thr) (Entered: 09/02/2004) |
| 11/16/2004 |  | SUMMONS(ES) issued to CT Corporations System (jkm) (Entered: 11/17/2004) |
| 12/16/2004 | 2 | ORDER, Extending Time , and reset Answer deadline to 1/21/05 for Pfizer, Inc. ( signed by Magistrate Judge Alfred G. Nicols ); copies mailed. (jkm) (Entered: 12/17/2004) |
| 01/18/2005 | 3 | ANSWER to Complaint by Pfizer, Inc.(THR, ) (Entered: 01/20/2005) |
| 02/05/2005 | 4 | Rule 16.1(A) Initial Order setting Telephonic Case Management Conference (wg, ) (Entered: 02/05/2005) |
| 02/05/2005 |  | Set Deadlines/Hearings: Telephonic Case Management Conference set for 3/22/2005 09:45 AM before Magistrate Judge Alfred G. Nicols. (wg, ) (Entered: 02/05/2005) |
| 03/17/2005 | 5 | Pre-Discovery Disclosure by Pfizer, Inc..(Johnson, Walter) (Entered: 03/17/2005) |
| 03/22/2005 |  | Minute Entry for proceedings held before Judge Alfred G. Nicols : Telephonic Case Management Conference held on 3/22/2005. Case Management Order shall be entered by the Court setting this case for trial on a calendar commencing 9/18/2006. (wg, )(T: 20) (Entered: 03/25/2005) |
| 03/26/2005 | 6 | SCHEDULING ORDER: Final Pretrial Conference set for 1/17/2006 09:00 AM before District Judge Tom S. Lee. Amended Pleadings due by 4/24/2005. Discovery due by 4/21/2006. Discovery due by 4/5/2005. Designate Experts Plaintiff Deadline due by 1/21/2006. Designate Experts for Defendant Deadline due by 2/21/2006. Non-Jury Trial set for 8/21/2006 09:00 AM before District Judge Tom S. Lee. Joinder of Parties due by 4/24/2005. Motions due by 5/6/2006.. Signed by Judge Alfred G. Nicols on March 25, 2005. (wg, ) (Entered: 03/26/2005) |
| 04/04/2005 | 7 | NOTICE of Service of Disclosure by Deborah K. Fish.(THR, ) (Entered: 04/04/2005) |
| 04/13/2005 | 8 | NOTICE of Service of Interrogatories by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 04/13/2005 | 9 | NOTICE of Service of Request for Production by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 04/13/2005 |  | DOCKET ANNOTATION as to #9. Attorney to refile as docket # 10. (Huey, Gordon) (Entered: 04/13/2005) |
| 04/13/2005 | 10 | NOTICE of Service of Request for Production by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |

| 07/05/2005 | | Copy of conditional transfer order from MDL. (Moore, Janet) (Entered: 07/06/2005) |
|---|---|---|
| 07/13/2005 | 11 | NOTICE *OF SERVICE OF DISCOVERY RESPONSES* by Deborah K. Fish (Neyland, Christopher) (Entered: 07/13/2005) |

## PACER Service Center
### Transaction Receipt

07/15/2005 09:54:47

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:04-cv-00723-TSL-AGN |
| Billable Pages: | 2 | Cost: | 0.16 |