AGN, CJRA-C, CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00723-TSL-AGN

Fish v. Pfizer, Inc., et al  
Assigned to: District Judge Tom S. Lee  
Referred to: Magistrate Judge Alfred G. Nicols  
Demand: $0  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 08/31/2004  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Deborah K. Fish**     represented by     **Christopher H. Neyland**
NEYLAND & BREWER, PLLC
P. O. Box 3373
Ridgeland, MS 39158
601/605-0724
Email: neyland@neylandandbrewer.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by     **Walter T. Johnson**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: wjohnson@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

CM/ECF LIVE - U.S. District Court: Mississippi Southern D... https://ecf.mssd.uscourts.gov/cgi-bin/DktRpt.pl?100695341...
Case 1:05-cv-11505-PBS   Document 14   Filed 08/18/2005   Page 2 of 4

**John Does**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 00568 ; Notice of Assignment mailed. (thr) (Entered: 09/02/2004) |
| 08/31/2004 | | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. (thr) (Entered: 09/02/2004) |
| 08/31/2004 | | Magistrate Judge Assignment Alfred G. Nicols (thr) (Entered: 09/02/2004) |
| 11/16/2004 | | SUMMONS(ES) issued to CT Corporations System (jkm) (Entered: 11/17/2004) |
| 12/16/2004 | 2 | ORDER, Extending Time , and reset Answer deadline to 1/21/05 for Pfizer, Inc. ( signed by Magistrate Judge Alfred G. Nicols ); copies mailed. (jkm) (Entered: 12/17/2004) |
| 01/18/2005 | 3 | ANSWER to Complaint by Pfizer, Inc.(THR, ) (Entered: 01/20/2005) |
| 02/05/2005 | 4 | Rule 16.1(A) Initial Order setting Telephonic Case Management Conference (wg, ) (Entered: 02/05/2005) |
| 02/05/2005 | | Set Deadlines/Hearings: Telephonic Case Management Conference set for 3/22/2005 09:45 AM before Magistrate Judge Alfred G. Nicols. (wg, ) (Entered: 02/05/2005) |
| 03/17/2005 | 5 | Pre-Discovery Disclosure by Pfizer, Inc..(Johnson, Walter) (Entered: 03/17/2005) |
| 03/22/2005 | | Minute Entry for proceedings held before Judge Alfred G. Nicols : Telephonic Case Management Conference held on 3/22/2005. Case Management Order shall be entered by the Court setting this case for trial on a calendar commencing 9/18/2006. (wg, )(T: 20) (Entered: 03/25/2005) |

| | | |
|---|---|---|
| 03/26/2005 | 6 | SCHEDULING ORDER: Final Pretrial Conference set for 1/17/2006 09:00 AM before District Judge Tom S. Lee. Amended Pleadings due by 4/24/2005. Discovery due by 4/21/2006. Discovery due by 4/5/2005. Designate Experts Plaintiff Deadline due by 1/21/2006. Designate Experts for Defendant Deadline due by 2/21/2006. Non-Jury Trial set for 8/21/2006 09:00 AM before District Judge Tom S. Lee. Joinder of Parties due by 4/24/2005. Motions due by 5/6/2006.. Signed by Judge Alfred G. Nicols on March 25, 2005. (wg, ) (Entered: 03/26/2005) |
| 04/04/2005 | 7 | NOTICE of Service of Disclosure by Deborah K. Fish.(THR, ) (Entered: 04/04/2005) |
| 04/13/2005 | 8 | NOTICE of Service of Interrogatories by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 04/13/2005 | 9 | NOTICE of Service of Request for Production by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 04/13/2005 | | DOCKET ANNOTATION as to #9. Attorney to refile as docket # 10. (Huey, Gordon) (Entered: 04/13/2005) |
| 04/13/2005 | 10 | NOTICE of Service of Request for Production by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 07/05/2005 | | Copy of conditional transfer order from MDL. (Moore, Janet) (Entered: 07/06/2005) |
| 07/13/2005 | 11 | NOTICE *OF SERVICE OF DISCOVERY RESPONSES* by Deborah K. Fish (Neyland, Christopher) (Entered: 07/13/2005) |
| 07/20/2005 | 12 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER from MDL (THR, ) (Entered: 07/20/2005) |
| 08/15/2005 | | Mailed entire file, along with a certified copy of the docket entries and a copy of the transfer order to USDC for the District of Massachusetts (THR, ) (Entered: 08/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2005 15:19:28 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-00723-TSL-AGN |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |